In the Matter of the Claim of HELEN WETZIG, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.

Argued November 24, 1952; decided January 15, 1953.

*George Rifkin* and *Eugene Victor* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.